UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>      v.<br><br><br><br>James Andrew WHITE,<br><br><br><br>      Defendant. | Magistrate Docket No. **26-mj-00251**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 1382 – Trespass Upon Military Installation (Misdemeanor)<br><br>Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Felony) |

The undersigned complainant, being duly sworn, states:

COUNT ONE

On or about January 16, 2026, within the Southern District of California, at Marine Corps Base Camp Pendleton, California, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant James Andrew WHITE, did go upon a military installation for a purpose prohibited by law or regulation; in violation of Title 18, United States Code, Section 1382, a misdemeanor.

COUNT TWO

On or about January 16, 2026, within the Southern District of California, defendant James Andrew WHITE, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a Marlin Glenfield Model 25 rifle, .22 caliber, bearing serial number 25669477, and a Marlin Model 70HC rifle, .22 caliber, bearing serial number 09383217, that traveled in and affected interstate commerce; in violation of Title 18 United States Code, Section 922(g)(1) and 924(a)(8).

//
//

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

BURDICK.CHRISTOPHER.JACOB.1590075023
Digitally signed by BURDICK.CHRISTOPHER.JACOB.1590075023
Date: 2026.01.20 09:36:19 -08'00'

Christopher Burdick
Criminal Investigation Division
U.S. Marine Corps

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON January 20, 2026.

*Barbara L Major*
HON. BARBARA L. MAJOR
United States Magistrate Judge

# AMENDED PROBABLE CAUSE STATEMENT

I declare under penalty and perjury that the following statement is true and correct:

I am a law enforcement officer within the meaning of Title 18, U.S.C., Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

I am an Agent assigned to the Criminal Investigation Division ("CID"), Marine Corps Base ("MCB") Camp Pendleton, California, and have been so employed since January 2024. I have been an accredited Criminal Investigator since June 2024, after completing the United States Army Criminal Investigation Division Special Agent Course. There, I received training and education, and was required to successfully pass tests, concerning the full spectrum of investigative principles, practices, and theory. Items of such instruction included criminal law, photography, evidence collection and handling, crime scene examination, identification and handling of forensic evidence, interviews and interrogations, digital forensics, affecting apprehensions, surveillance, and covert operations.

During my tenure with CID, I have conducted a multitude of felony and misdemeanor investigations, including (but not limited to) cases concerning death, sexual misconduct, domestic violence, child abuse, assault consummated by battery, larceny, extortion, and narcotics distribution.

The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

On January 16, 2026, United States Marine Corps Criminal Investigative Division ("CID") arrested James Andrew WHITE, a felon, on the premises of 1005 Ash Rd., Oceanside, CA 92058, while executing a search warrant at the same address (hereinafter, "the residence"). The residence is a residential property operated and leased by Liberty Housing that is located aboard Marine Corps Base ("MCB") Camp Pendleton. MCB Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is an area of exclusive federal jurisdiction within the Southern District of California. To live on MCB Camp Pendleton, lessees must be active duty servicemembers or otherwise have lawful base access. The residence is currently leased to Corporal N.M. ROSA, U.S. Marine Corps (an active duty servicemember), and his spouse, Ms. H. ROSA.

Records checks of the Defense Biometric Identification System ("DBIDS") show that WHITE does not have lawful access to MCB Camp Pendleton. According to DBIDS, WHITE previously petitioned for a temporary pass to access to the installation. On August 7, 2024, he was denied access based on his felony conviction. On August 13, 2024, WHITE was granted temporary access to the installation based on an appeal. That access expired on September 4, 2024. There are no records of WHITE being granted access since September 2024. Between September 2024 and November 2025, WHITE was denied access to the installation several times.

Queries of NCIC showed the following relevant criminal history for WHITE:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
| --- | --- | --- | --- |
| 11/10/2014 | Gloucester County, VA – Circuit Court | VA Code § 18.2-181 (Felony) | 5 years suspended, indefinite probation |
| 7/16/2015 | York County, VA – Circuit Court | VA Code § 18.2-258.1 (Felony) | 5 years suspended, indefinite probation |
| 4/14/2015 | Gloucester County, VA – Circuit Court | VA Code § 18.2-308.2:2 (Felony) | 10 years suspended, indefinite probation |
| 5/22/2017 | Gloucester County, VA – Circuit Court | VA Code § 19.2-306 (Felony) | 5 years, all but 6 months suspended |

2

|   |   |
|---|---|
| 1 | The search warrant, issued by The Honorable Karen S. Crawford, U.S. Magistrate |
| 2 | Judge, authorized agents to search the residence and WHITE's vehicle and seize firearms, |
| 3 | ammunition, evidence of WHITE's unauthorized residence on base, and other items. As |
| 4 | noted in the warrant affidavit, CID developed evidence that WHITE was residing at the |
| 5 | residence without base access and possessed multiple firearms within his vehicle and the |
| 6 | residence. |
| 7 | Agents executed the search warrant at approximately 6:00 p.m. on January 16, 2026. |
| 8 | After knocking on the front door, CID's Special Response Team contacted Corporal N. M. |
| 9 | ROSA. While serving the warrant, Agents asked Corporal N.M. ROSA officer safety |
| 10 | questions, including whether there were any guns in the house. Corporal ROSA denied |
| 11 | there being any guns in the house. |
| 12 | During an initial sweep of the residence, agents found and arrested WHITE within |
| 13 | the residence. During a search of WHITE's room within the residence, Agents found |
| 14 | approximately 170 rounds of .22 caliber ammunition, approximately 30 rounds of .45 |
| 15 | caliber ammunition, miscellaneous individual rounds of various calibers, a .22 caliber |
| 16 | Marlin Glenfield rifle, a .22 caliber Marline Model 70HC rifle, and a locked, handheld |
| 17 | pistol safe, which has not yet been opened. Agents found various personal documents |
| 18 | identifying WHITE, including papers informing him of his status as a felon. |
| 19 | Preliminary records checks of both rifles did not yield any information. In a post-|
| 20 | *Miranda* statement, WHITE stated that the two rifles discovered during the search of his |
| 21 | bedroom were family heirlooms. He also stated that he inherited the firearms from his |
| 22 | father in 2021 and that he moved to California in August 2024. Based on open-source |
| 23 | information, Marlin manufactures its rifles outside of California. Therefore, both rifles |
| 24 | traveled in interstate commerce to come to California. |
| 25 | Additionally, WHITE admitted to living on MCB Camp Pendleton since August |
| 26 | 2024 with Corporal ROSA and H. ROSA. WHITE identified the location of his room |
| 27 | within the residence. When questioned regarding his criminal history, WHITE stated he |
| 28 | has been convicted of six felonies. When questioned about the rifles and ammunition |

3

found in his room, WHITE stated he used the ammunition discovered in his bedroom to train working dogs. WHITE claimed he last entered the MCB Camp Pendleton in November 2024 and that he had not left the installation since then.

After apprising Corporal ROSA of his rights under *Miranda* and Article 31b, Uniform Code of Military Justice, ROSA admitted that WHITE had resided within their residence with his permission for approximately one year. ROSA related he had no knowledge of WHITE's criminal history, and claimed that WHITE enters the installation using his Veteran Identification card. ROSA again stated there were there no firearms within the residence.

H. ROSA also admitted that WHITE had resided with her and Corporal ROSA for approximately one year and WHITE uses his Veterans Identification card to get on base. Furthermore, H. ROSA stated there were no firearms in the residence.

WHITE was transported to the GEO El Centro Detention Facility and booked at approximately 11:30 p.m. on January 16, 2026.

4

## WEEKEND PROBABLE CAUSE STATEMENT

I declare under penalty and perjury that the following statement is true and correct:

I am a law enforcement officer within the meaning of Title 18, U.S.C., Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

I am an Agent assigned to the Criminal Investigation Division ("CID"), Marine Corps Base ("MCB") Camp Pendleton, California, and have been so employed since January 2024. I have been an accredited Criminal Investigator since June 2024, after completing the United States Army Criminal Investigation Division Special Agent Course. There, I received training and education, and was required to successfully pass tests, concerning the full spectrum of investigative principles, practices, and theory. Items of such instruction included criminal law, photography, evidence collection and handling, crime scene examination, identification and handling of forensic evidence, interviews and interrogations, digital forensics, affecting apprehensions, surveillance, and covert operations.

During my tenure with CID, I have conducted a multitude of felony and misdemeanor investigations, including (but not limited to) cases concerning death, sexual misconduct, domestic violence, child abuse, assault consummated by battery, larceny, extortion, and narcotics distribution.

The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

On January 16, 2026, United States Marine Corps Criminal Investigative Division ("CID") arrested James Andrew WHITE, a felon, on the premises of 1005 Ash Rd., Oceanside, CA 92058, while executing a search warrant at the same address (hereinafter, "the residence"). The residence is a residential property operated and leased by Liberty Housing that is located aboard Marine Corps Base ("MCB") Camp Pendleton. MCB Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is an area of exclusive federal jurisdiction within the Southern District of California. To live on MCB Camp Pendleton, lessees must be active duty servicemembers or otherwise have lawful base access. The residence is currently leased to Corporal N.M. ROSA, U.S. Marine Corps (an active duty servicemember), and his spouse, Ms. H. ROSA.

Records checks of the Defense Biometric Identification System ("DBIDS") show that WHITE does not have lawful access to MCB Camp Pendleton. According to DBIDS, WHITE previously petitioned for a temporary pass to access to the installation. On August 7, 2024, he was denied access based on his felony conviction. On August 13, 2024, WHITE was granted temporary access to the installation based on an appeal. That access expired on September 4, 2024. There are no records of WHITE being granted access since September 2024. Between September 2024 and November 2025, WHITE was denied access to the installation several times.

Queries of NCIC showed the following relevant criminal history for WHITE:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
| --- | --- | --- | --- |
| 11/10/2014 | Gloucester County, VA – Circuit Court | VA Code § 18.2-181 (Felony) | 5 years suspended, indefinite probation |
| 7/16/2015 | York County, VA – Circuit Court | VA Code § 18.2-258.1 (Felony) | 5 years suspended, indefinite probation |
| 4/14/2015 | Gloucester County, VA – Circuit Court | VA Code § 18.2-308.2:2 (Felony) | 10 years suspended, indefinite probation |
| 5/22/2017 | Gloucester County, VA – Circuit Court | VA Code § 19.2-306 (Felony) | 5 years, all but 6 months suspended |

2

| | |
|---|---|
| 1 | The search warrant, issued by The Honorable Karen S. Crawford, U.S. Magistrate |
| 2 | Judge, authorized agents to search the residence and WHITE's vehicle and seize firearms, |
| 3 | ammunition, evidence of WHITE's unauthorized residence on base, and other items. As |
| 4 | noted in the warrant affidavit, CID developed evidence that WHITE was residing at the |
| 5 | residence without base access and possessed multiple firearms within his vehicle and the |
| 6 | residence. |
| 7 | Agents executed the search warrant at approximately 6:00 p.m. on January 16, 2026. |
| 8 | After knocking on the front door, CID's Special Response Team contacted Corporal N. M. |
| 9 | ROSA. While serving the warrant, Agents asked Corporal N.M. ROSA officer safety |
| 10 | questions, including whether there were any guns in the house. Corporal ROSA denied |
| 11 | there being any guns in the house. |
| 12 | During an initial sweep of the residence, agents found and arrested WHITE within |
| 13 | the residence. During a search of WHITE's room within the residence, Agents found |
| 14 | approximately 170 rounds of .22 caliber ammunition, approximately 30 rounds of .45 |
| 15 | caliber ammunition, miscellaneous individual rounds of various calibers, a .22 caliber |
| 16 | Marlin Glenfield rifle, a .22 caliber Marline Model 70HZ rifle, and a locked, handheld |
| 17 | pistol safe, which has not yet been opened. Agents found various personal documents |
| 18 | identifying WHITE, including papers informing him of his status as a felon. |
| 19 | Preliminary records checks of both rifles did not yield any information. In a post- |
| 20 | *Miranda* statement, WHITE stated that the two rifles discovered during the search of his |
| 21 | bedroom were family heirlooms. He also stated that he inherited the firearms from his |
| 22 | father in 2021 and that he moved to California in August 2024. Based on open-source |
| 23 | information, Marlin manufactures its rifles outside of California. Therefore, both rifles |
| 24 | traveled in interstate commerce to come to California. |
| 25 | Additionally, WHITE admitted to living on MCB Camp Pendleton since August |
| 26 | 2024 with Corporal ROSA and H. ROSA. WHITE identified the location of his room |
| 27 | within the residence. When questioned regarding his criminal history, WHITE stated he |
| 28 | has been convicted of six felonies. When questioned about the rifles and ammunition |

3

found in his room, WHITE stated he used the ammunition discovered in his bedroom to train working dogs. WHITE claimed he last entered the MCB Camp Pendleton in November 2024 and that he had not left the installation since then.

After apprising Corporal ROSA of his rights under *Miranda* and Article 31b, Uniform Code of Military Justice, ROSA admitted that WHITE had resided within their residence with his permission for approximately one year. ROSA related he had no knowledge of WHITE's criminal history, and claimed that WHITE enters the installation using his Veteran Identification card. ROSA again stated there were there no firearms within the residence.

H. ROSA also admitted that WHITE had resided with her and Corporal ROSA for approximately one year and WHITE uses his Veterans Identification card to get on base. Furthermore, H. ROSA stated there were no firearms in the residence.

WHITE was transported to the GEO El Centro Detention Facility and booked at approximately 11:30 p.m. on January 16, 2026.

Executed on January 18, 2026, at  8:41 a.m.

BURDICK.CHRISTOPHER.JACOB.1590075023
Digitally signed by BURDICK.CHRISTOPHER.JACOB.1590075023
Date: 2026.01.18 08:46:36 -08'00'

Christopher Burdick
Criminal Investigation Division
U.S. Marine Corps

On the basis of the facts presented in this probable cause statement consisting of 4 pages, I find probable cause to believe the defendant, James Andrew WHITE, named in this probable cause statement, committed the offenses on January 16, 2026, in violation of Title 18 USC § 1382, Trespass Upon a Military Installation, and § 922(g)(1), Felon in Possession of Firearm.

*Barbara L Major*
HON. BARBARA LYNN MAJOR
United States Magistrate Judge

10:43 AM, Jan 18, 2026
Date and Time