```
 1 | ADAM GORDON
   | United States Attorney
 2 | THOMAS SOMMER
   | Special Assistant United States Attorney
 3 | Washington D.C. Bar No. 90000333
   | United States Attorney's Office
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 546-9086
 6 | Attorneys for Plaintiff
   | UNITED STATES OF AMERICA
 7 |
 8 |              UNITED STATES DISTRICT COURT
 9 |            SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26-mj-00251-BLM |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JAMES ANDREW WHITE, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

    <u>Name</u>

    None.

//

TJS:ams:1/26/2026

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: January 26, 2026.

                                      Respectfully submitted,

                                      ADAM GORDON
                                      United States Attorney

                                      *s/Thomas Sommer*
                                      THOMAS SOMMER
                                      Special Assistant U.S. Attorney
                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA